UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVVON HINES,<br><br>                    Plaintiff,<br><br>           -against-<br><br>RUBY J. KRAJICK,<br><br>                    Defendant. | Case No. 1:22-mc-00272 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 29, 2022,[1] Plaintiff Devvon Hines filed a Motion for an Order to Show Cause to Unseal a Federal Warrant and Warrant Application. ECF No. 2. The Court, having examined the motion and in light of the involvement of the United States Attorney's Office for the Southern District of New York with the securing of the relevant warrant, HEREBY ORDERS that Plaintiff serve the United States Attorney's Office for the Southern District of New York with the Motion for an Order to Show Case (ECF No. 2) and this Order by October 10, 2022, and file a Certification of Service on ECF by October 14, 2022.

IT IS FURTHER ORDERED that within 30 days of service of this Order, the United States Attorney's Office shall file a response to the Plaintiff's motion. Plaintiff may file reply papers, if any, within 14 days from the date Plaintiff is served with the response from the United States Attorney's Office.

Dated: September 30, 2022          SO ORDERED.
       New York, New York

                                   _____
                                   JENNIFER L. ROCHON
                                   United States District Judge

---

[1] The motion was initially filed on September 26, 2022, but subsequently re-filed at the direction of the Clerk of Court. ECF No. 1.