UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVVON HINES,

                Plaintiff,

    -against-                                  Case No. 1:22-mc-00272 (JLR)

RUBY J. KRAJICK,

                Defendant.

## AFFIDAVIT OF SERVICE

State of New York    )
                           )

County of New York  )

The undersigned being duly sworn, deposes and says:

I, Leslie Umanzor, am not a party to the action, and am over 18 years of age and reside in New York City; on October 7, 2022, I personally served the within Order (Doc. 4) and supporting papers on the United States Attorney's Office for the Southern District of New York by delivering a true copy of the aforesaid documents to the US Attorney's Office. Deponent affirms that the person/corporation so served to be the person/corporation described.

                                                          Leslie Umanzor

Sworn to before me this 11
day of October, 2022

_____
Notary Public

**STEPHANIE J. PANOUSIERIS**
**NOTARY PUBLIC, STATE OF NEW YORK**
REGISTRATION NO. 02PA6434411
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JUNE 6, 2026