UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVVON HINES, | |
| Plaintiff, | |
| -against- | Case No. 1:22-mc-00272 (JLR) |
| RUBY J. KRAJICK, | **ORDER** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Plaintiff indicating that he has received a redacted version of the warrant he moved to unseal in this action. ECF No. 10. Plaintiff also indicates he is satisfied with the production. *Id.* Therefore, IT IS HEREBY ORDERED that Plaintiff's motion to unseal the warrant is DENIED as moot. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: November 10, 2022
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge